UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23358-CIV-KMM

SANTOS AURELIA LEMUS PERDOMO,    )
                                 )
                                 )
            Plaintiff,           )
                                 )
    vs.                          )
                                 )
                                 )
JAVIER J CRUZ,                   )
GISEL CRUZ,                      )
                                 )
                                 )
            Defendants.          )
_____

### PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Statement of Claim as follows:

**Federal Minimum Wage Claim (9/4/12-9/3/15):**
Amount of minimum wage per hour not compensated: $1.92 (based on Fed. MW 7.25-5.33)
Weeks: 156
Hours per week: 75
Total wages unpaid and liquidated damages: $22,464 X 2 = $44,928

**Fees/costs:**
J.H. Zidell, Esq.: 1.5 hour X 390 hr = $585
K. David Kelly, Esq.: .6 hour X 350 hr = $210
Rivkah Jaff, Esq.: .8 hour X 225 hr = $180
Costs: $530

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 9/9/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**